IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRENDA LARISSA YEAGER,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:04cv678-T |
| | ) | (WO) |
| **GENERAL MOTORS,** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' motions to dismiss (Doc. Nos. 58 & 64) are granted and the claims of plaintiffs Brenda Larissa Yeager and Kristen Fay Yeager are dismissed with prejudice.

(2) The claims of plaintiff Alicia Ruth Jackson remain pending.

DONE, this the 23rd day of May, 2005.

                                                    /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**