IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRENDA LARISSA YEAGER,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | CIVIL ACTION NO. |
| **v.** | ) | 2:04cv678-T |
| | ) | (WO) |
| **GENERAL MOTORS,** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs' motion to dismiss (Doc. No. 66) is granted and all remaining claims in this case are dismissed with prejudice.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of May, 2005.

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**